IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MADISON HOUSE, LLC; TOWN REALTY, LLC;  PLAINTIFFS
AMFED NATIONAL INSURANCE COMPANY

V.   CIVIL ACTION NO. 1:14-CV-00039-SA-DAS

INDIANA LUMBERMENS MUTUAL
INSURANCE COMPANY; HEATH MILLS;
PRINCILLA ANNETTE MILLS   DEFENDANTS

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO HEATH MILLS AND PRINCILLA ANNETTE MILLS

This matter came on to be heard on Stipulation of Dismissal without Prejudice [47], filed by the Plaintiffs, Madison House, LLC, Town Realty, LLC and AmFed National Insurance Company ("AmFed National") and Defendants, Indiana Lumbermens Mutual Insurance Company ("ILM"), Heath Mills and Princilla Annette Mills, by and through their respective attorneys pursuant to Rule 41(a)(1)(ii), of the Federal Rules of Civil Procedure.

The Court having considered the same, finds that the claims against Heath Mills and Princilla Mills filed by AmFed National, Madison House, LLC, and Town Realty, LLC [2], and the cross claim filed by ILM [23] be dismissed, without prejudice. The cross claim filed by Heath and Princilla Mills against ILM [7] and a subsequent cross claim/counter claim filed on August 14, 2014 [30] are also dismissed without prejudice.

The Court hereby enters a judgment of dismissal without prejudice as to Heath Mills and Princilla Annette Mills, including any claims made by them or against them, with each party to bear its own costs.

SO ORDERED and adjudged this, the 8th day of January, 2015.

  /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE