IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MADISON HOUSE, LLC;                                                                            PLAINTIFFS
TOWN REALTY, LLC; and
AMFED NATIONAL INSURANCE COMPANY

V.                                                                     CIVIL ACTION NO. 1:14-CV-00039-SA-DAS

INDIANA LUMBERMENS
MUTUAL INSURANCE COMPANY;
HEATH MILLS; and
PRICILLA ANNETTE MILLS                                                                          DEFENDANTS

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND ALL PARTIES**

**CAME ON** this day for hearing the joint Motion *ore tenus* of the various parties in all of their respective capacities, through their respective counsel, who moved the Court to dismiss all claims made by the Plaintiffs against the Defendants and by the Counter-Plaintiff, made against the Counter-Defendants, all with prejudice. The Court, having considered the motion, noting the agreement of the parties and being otherwise fully advised in the premises, does find that said Motion is **well taken** and should be **granted**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant, INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, should be and hereby is **dismissed with prejudice** from this cause of action in its entirety, and the Plaintiff's entire complaint, and all amendments thereto, itself, hereby is also being **dismissed with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Counter-Defendants, MADISON HOUSE, LLC; TOWN REALTY, LLC, and AMFED NATIONAL INSURANCE COMPANY, should be and hereby are **dismissed with prejudice** from this cause of action in its

entirety, and the Counter-Plaintiff's entire Counter-Complaint, and all amendments thereto, itself, hereby is also being **dismissed with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that each respective party named herein shall be responsible for the payment of their own costs and attorney's fees.

**SO ORDERED AND ADJUDGED** this the 12th day of March, 2015.

                                                  /s/ Sharion Aycock_____
                                                  UNITED STATES DISTRICT JUDGE